# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

LINDSAY JULY,

    Plaintiff,

v.                                                         Case No: 5:24-cv-106-JSM-PRL

PENNSYLVANIA HIGHER EDUCTION
ASSISTANCE AGENCY, et al.,

    Defendants.

## ORDER

The Court has been advised via a Notice of Pending Settlement (Dkt. 42) that the above-styled action has been settled as to Defendant Equifax Information Services, LLC. Accordingly, pursuant to Local Rule 3.09(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Defendant Equifax Information Services, LLC. and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Defendant Equifax Information Services, LLC. The Clerk is directed to terminate Defendant Equifax Information Services, LLC from the file.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of November, 2024.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record