**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LINDSEY JULY,                                             Case No: 5:24-cv-00106-JSM

      Plaintiff,

vs.

PENNSYLVANIA HIGHER
EDUCATION ASSISTANCE
AGENCY, INC., d/b/a AMERICAN
EDUCATION SERVICES; EQUIFAX
INFORMATION SERVICES LLC;
and EXPERIAN INFORMATION
SOLUTIONS, INC.,

      Defendants,
_____/

**FINAL MEDIATION REPORT**

In accordance with the Notice of Mediation Conference, a Zoom Mediation was conducted with the parties and counsel on Tuesday, February 4, 2024, beginning at 1:30 p.m. The Plaintiff, LINDSEY JULY, appeared with both lead and associate trial counsel. The remaining Defendants, PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, INC., and EXPERIAN INFORMATION SOLUTIONS, INC., attended with their corporate representatives and lead trial counsel.

All parties present participated in good faith. The parties have reached an impasse in the negotiations at this time.

Respectfully submitted,

*/s/ Gregory P. Holder*
Gregory P. Holder, Esq., Mediator
Florida Bar No. 339326
1511 N. Westshore Blvd., Suite 700
Tampa, Florida 33606
Telephone: (813) 773-5106
Facsimile: (727) 498-8902
Email: greg@zinoberdiana.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that February 4, 2024, I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

/s/ *Gregory P. Holder*
Gregory P. Holder, Esq., Mediator
