# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

LINDSEY JULY,
an individual,

      Plaintiff,

v.

PENNSYLVANIA HIGHER
EDUCATION ASSISTANCE
AGENCY, INC.,
d/b/a AMERICAN EDUCATION
SERVICES,
a foreign not for profit corporation,
EQUIFAX INFORMATION
SERVICES LLC,
a foreign limited liability company, and
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation,

      Defendants.
_____/

Case No.: 5:24-cv-00106-JSM-PRL

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES LLC

Plaintiff, LINDSEY JULY (hereinafter, "Plaintiff"), and Defendant, EQUIFAX INFORMATION SERVICES LLC (hereinafter, "Equifax") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby file this *Joint Stipulation for Dismissal with Prejudice as to Defendant Equifax Information Services LLC* as follows:

There are no longer any issues in this matter between Plaintiff and Equifax to be determined by this Court. Plaintiff and Equifax hereby stipulate that all causes of

action that were or could have been asserted against Equifax are dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring the same.

Dated: March 18, 2025

| **SWIFT LAW PLLC** | **SQUIRE PATTON BOGGS (US) LLP** |
|---|---|
| /s/ *Aaron M. Swift* <br> Aaron M. Swift, Esq., FBN 0093088 <br> Sean E. McEleney, Esq., FBN 125561 <br> Jordan T. Isringhaus, Esq., FBN 0091487 <br> 8380 Bay Pines Blvd. <br> St. Petersburg, FL 33709 <br> Phone: (727) 490-9919 <br> Fax: (727) 255-5332 <br> aswift@swift-law.com <br> jisringhaus@swift-law.com <br> smceleney@swift-law.com <br> jmurphy@swift-law.com <br> *Counsel for Plaintiff* | /s/ *Jason Daniel Joffe* <br> Jason Daniel Joffe, Esq. <br> FBN 0013564 <br> 200 S. Biscayne Blvd., Suite 3400 <br> Miami, FL 33131 <br> Phone: (305) 577-7000 <br> Fax: (305) 577-7001 <br> jason.joffe@squirepb.com <br> *Counsel for Defendant, Equifax Information Services LLC* |
| **KASOWITZ BENSON TORRES LLP** | **ADAMS AND REESE LLP** |
| /s/ *Maria Ruiz* <br> Maria Ruiz, Esq., FBN 182923 <br> 1441 Brickell Ave, Ste. 1420 <br> Miami, FL 33131 <br> Phone: (786) 587-1044 <br> Fax: (305) 675-2601 <br> mruiz@kasowitz.com <br> *Counsel for Defendant* <br> *Experian Information Solutions, Inc.* | /s/ *Andrew C. Wilson* <br> Andrew C. Wilson, Esq.,FBN 0355940 <br> 100 North Tampa Street, Ste. 4000 <br> Tampa, FL 33602 <br> Phone: (813) 402-2880 <br> Fax: (813) 402-2887 <br> andrew.wilson@arlaw.com <br> suellen.kerrigan@arlaw.com <br> *Counsel for Defendant Pennsylvania Higher Education Assistance Agency, Inc., d/b/a American Education Services* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 18, 2025, I filed a true and correct copy of the above and foregoing *Joint Stipulation for Dismissal with Prejudice as to Defendant Equifax* via CM/ECF and will serve a copy of the same to counsel of record for all parties.

/s/ *Aaron M. Swift*