# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

LINDSAY JULY,

    Plaintiff,

v.                                                Case No: 5:24-cv-106-JSM-PRL

PENNSYLVANIA HIGHER EDUCTION
ASSISTANCE AGENCY, et al.,

    Defendants.

## ORDER

The Court has been advised via Plaintiff's Notice of Pending Settlement (Dkt. 47) that the above-styled action has been settled as to Defendant Experian Information Solutions, Inc.  Accordingly, pursuant to Local Rule 3.09(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Defendant Experian Information Solutions, Inc. and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice as to Experian Information Solutions, Inc.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of June, 2025.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record